IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORGAN VIEW PROPERTIES, LLC,
d/b/a Picacho Hills Country Club,

    Plaintiff,

v.                                  No. 2:20-cv-00428-MV-KRS

SOUTHERN INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Modify the Scheduling Order, Doc. 20, in which the parties ask to extend their expert report deadlines by fourteen (14) days each. Having considered the Motion and record of the case, the Court finds good cause for granting the Motion. Accordingly, Plaintiff's expert-disclosure deadline is now **November 4, 2020**, and Defendant's expert-disclosure deadline is now **December 2, 2020**. All other deadlines in the Scheduling Order, Doc. 11, remain in place.

    **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE