IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORGAN VIEW PROPERTIES, LLC,
d/b/a Picacho Hills Country Club,

    Plaintiff,

v.                                                      No. 2:20-cv-00428-MV-KRS

SOUTHERN INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify the Scheduling Order, Doc. 24, in which the parties ask to extend Defendant's expert disclosure deadline by fourteen (14) days. Having considered the Motion and record of the case, the Court finds good cause for granting the Motion. Accordingly, Defendant's expert-disclosure deadline is now **December 30, 2020**. All other deadlines in the Scheduling Order, Doc. 11, remain in place.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE