## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ORGAN VIEW PROPERTIES, LLC,
d/b/a Picacho Hills Country Club,

      Plaintiff,

v.                                   No. 2:20-cv-00428-MV-KRS

SOUTHERN INSURANCE COMPANY,

      Defendant.

### ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify the

Scheduling Order, (Doc. 26), in which the parties ask to extend Defendant's expert disclosure

deadline to January 8, 2021.  Having considered the Motion and record of the case, the Court

finds good cause for granting the Motion.  Accordingly, Defendant's expert-disclosure deadline

is now **January 8, 2021**.  All other deadlines in the Scheduling Order, Doc. 11, remain in place.

      **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE