IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORGAN VIEW PROPERTIES, LLC,
d/b/a Picacho Hills Country Club,

    Plaintiff,

v.                                                                                                                                                 No. 2:20-cv-428 MV/KRS

SOUTHERN INSURANCE COMPANY,

    Defendant.

**ORDER SETTING DEADLINE FOR SIGNED RELEASE
AND TO SUBMIT CLOSING DOCUMENTS**

    THIS MATTER is before the Court pursuant to the status conference held March 31, 2021. Having been notified the parties have agreed to settle this case, the Court HEREBY ORDERS Plaintiff to either sign and return the release, or put in writing any issues with the release, **by April 16, 2021**.

    IT IS FURTHER ORDERED that the parties shall file closing documents **by April 30, 2021**.

    IT IS SO ORDERED.

                                                                  _____
                                                                  KEVIN R. SWEAZEA
                                                                  UNITED STAGES MAGISTRATE JUDGE